ARTURO J. GONZÁLEZ (BAR NO. 121490)
AGonzalez@mofo.com
WILLIAM F. TARANTINO (BAR NO. 215343)
WTarantino@mofo.com
ALEXANDRIA A. AMEZCUA (BAR NO. 247507)
AAmezcua@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone:   415.268.7000
Facsimile:   415.268.7522

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE HYDROXYCUT MARKETING AND SALES PRACTICES LITIGATION | Case No.   09MD2087-BTM (AJB)<br><br>**DEFENDANTS' LIST OF PENDING MOTIONS**<br><br>Date: November 4, 2009<br>Time: 2:00 p.m.<br>Place: Courtroom 15 |

Per the Court's Order Setting Status Conference (Docket Entry 2), defendants CVS PHARMACY, INC.; GENERAL NUTRITION CENTERS, INC.; GENERAL NUTRITION CENTER INTERNATIONAL, INC.; GENERAL NUTRITION COMPANIES, INC.; GENERAL NUTRITION WORLDWIDE, INC.; GN OLDCO CORPORATION (formerly known as General Nutrition Corporation); GNC CORPORATION; HC FOREIGN TRADEMARK LTD.; HDM FORMULATIONS LTD.; HHC US TRADEMARK LTD.; IOVATE COPYRIGHT LTD.; IOVATE HEALTH RESEARCH INC.; IOVATE HEALTH SCIENCES CAPITAL INC.; IOVATE HEALTH SCIENCES U.S.A., INC.; IOVATE HEALTH SCIENCES INC.; IOVATE HEALTH SCIENCES GROUP INC.; IOVATE HEALTH SCIENCES INTERNATIONAL INC.; IOVATE HEALTH SCIENCES RESEARCH INC.; IOVATE HC 2005 FORMULATIONS LTD.; IOVATE T&P INC.; JOHN'S LONE STAR DISTRIBUTION INC.; KERR INVESTMENT HOLDING CORPORATION; LEUKIC US TRADEMARK LTD.; MTOR US TRADEMARK LTD.; MULTI FORMULATIONS LTD.;

MUSCLETECH; MUSCLETECH, INC.; MUSCLETECH RESEARCH AND DEVELOPMENT INC.; MUSCLETECH RESEARCH AND DEVELOPMENT, LTD.; NEW HC US TRADEMARK LTD.; VITAMIN SHOPPE INDUSTRIES, INC.; VITAMIN WORLD, INC.; WALGREEN CO.; WAL-MART ASSOCIATES, INC.; WAL-MART STORES, INC.; WAL-MART STORES, INC. D/B/A SAM'S CLUB; WAL-MART STORES EAST, INC.; WAL-MART STORES EAST, LP (hereinafter "Defendants"), submit this List of Pending Motion in their respective cases.[1]

I.     **LIST OF PENDING MOTIONS IN CASES TRANSFERRED TO THIS COURT**

To date, 17 cases have been transferred to this Court. The following chart presents any pending motions in those cases and the status of those motions.

| SHORT CASE NAME[2] | DATE OF TRANSFER | PENDING MOTION | STATUS |
|---|---|---|---|
| *Coleman* | Originally filed in S.D. Cal. | Motion for More Definite Statement | Taken under submission August 28, 2009 |
| *Dremak* | Originally filed in S.D. Cal. | Motion for More Definite Statement | Taken under submission September 23, 2009 |
| | | Motion to Dismiss Iovate Health Sciences Group Inc. for Lack of Personal Jurisdiction | Taken under submission September 23, 2009 |
| | | Motion for Leave to Take Jurisdictional Discovery Regarding Iovate Health Sciences Group Inc. | Briefing closed; not yet under submission |
| *Kafka* | October 27, 2009 | Motion for More Definite Statement | Motion filed July 27, 2009. Case stayed and no briefing schedule provided. |

---

[1] Defendants make this submission as requested by the Court, and expressly reserve the right to contest service or jurisdiction regarding any of the entities named herein.

[2] For the Court's convenience, a list of the full captions of the cases discussed in these charts is attached as Exhibit A.

| | | | |
|---|---|---|---|
| *Mendoza* | October 23, 2009 | Motion for More Definite Statement | Motion filed October 26, 2009. No briefing schedule to date. |
| | | Motion to Dismiss Iovate Health Sciences Group Inc. for Lack of Personal Jurisdiction | Motion filed October 26, 2009. No briefing schedule to date. |
| *Tornambe* | Originally filed in S. D. Cal. | Motion to Stay Pending MDL Consideration | Taken under submission October 23, 2009 |
| | | Motion for Remand | Briefing completed October 30, 2009 |
| *Ortiz* | October 22, 2009 | Motion for More Definite Statement | Opposition filed August 21, 2009. Case stayed and no briefing schedule for Reply. |

## II.  LIST OF PENDING MOTIONS IN CASES CONDITIONALLY TRANSFERRED TO THIS COURT

In addition to the cases that have already been transferred to this Court, a Conditional Transfer Order ("CTO") to this Court has been issued for an additional 9 cases.[3] The following chart presents any pending motions and the status of those motions.

| CAPTION | DATE OF CTO | PENDING MOTION | STATUS |
|---|---|---|---|
| *Hawkins* | October 15, 2009 | Motion for More Definite Statement | Motion filed October 15, 2009. Case stayed and no briefing schedule for Opposition. |
| | | Motion to Dismiss Iovate Health Sciences Inc. and Iovate Health Sciences Group Inc. for Lack of Personal Jurisdiction | Motion filed October 15, 2009. Case stayed and no briefing schedule for Opposition. |
| *Robertson* | October 15, 2009 | Motion for More Definite Statement | Motion filed October 16, 2009. Opposition due November 3. Reply due November 13. |
| *Noyola* | October 15, 2009 | Motion for More Definite Statement | Motion filed October 19, 2009. Opposition due November 5. Reply due November 16. |

---

[3] No opposition has been filed within fifteen days of the Conditional Transfer Order issued on October 15, 2009, therefore a Transfer Order of potential tag-along actions is expected in the near future. *See* Rule of Procedure of Joint Panel on Multidistrict Litigation 7.4.

1  Dated: November 2, 2009              ARTURO J. GONZÁLEZ
                                        WILLIAM F. TARANTINO
2                                       ALEXANDRIA A. AMEZCUA
                                        MORRISON & FOERSTER LLP
3
4
                                        By:  s/Alexandria A. Amezcua
5                                            ALEXANDRIA A. AMEZCUA
                                             Email: AAmezcua@mofo.com
6
                                        Attorneys for Defendants
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# Exhibit Index

| Exhibit | Description | Page Range |
|---|---|---|
| A | Case Captions of Cases Transferred and Conditionally Transferred to Southern District of California, Lead Case No. 09MD2087-BTM (AJB) | Pages 1 – 3 |

# Exhibit A

# Exhibit A

sf-2760553 1

# CASE CAPTIONS

## (TRANSFERRED)

| |
|---|
| **CODY COLEMAN, a California resident, RANDALL SCOTT SHORTRIDGE, an Arizona resident, KIM ANN WALDEN, a Florida resident, NICHOLAS TORRES, a Pennsylvania resident, ANDREW ROSSI, a Pennsylvania resident, and COURTNEY J. WALKER, a Texas resident, on behalf of themselves and all others similarly situated v. IOVATE HEALTH SCIENCES U.S.A. INC., a Delaware corporation, and IOVATE HEALTH SCIENCES INC., a Canadian corporation**<br><br>S.D. California<br>Case No. 09-CV-00988-BTM-AJB |
| **ANDREW DREMAK, on behalf of himself, all others similarly situated and general public v. IOVATE HEALTH SCIENCES GROUP, INC., IOVATE HEALTH SCIENCES, INC., IOVATE HEALTH SCIENCES U.S.A. INC., and GNC CORPORATION**<br><br>S.D. California<br>Case No. 3:09-cv-01088-BTM-AJB |
| **CLIFFORD KAFKA, an individual, on behalf of himself and all others similarly situated, v. IOVATE HEALTH SCIENCES, INC., a Canadian corporation, IOVATE HEALTH SCIENCES USA INC., and MUSCLETECH RESEARCH AND DEVELOPMENT, INC.**<br><br>District Court of New Jersey (Newark Division)<br>Case No. 09-CV-02163-JAG-MCA<br><br>S.D. California<br>Case No. 3:09-cv-02355-BTM-AJB |
| **FLOR E. MENDOZA and RENE MENDOZA v. IOVATE HEALTH SCIENCES USA, INC., IOVATE HEALTH SCIENCES INTERNATIONAL, INC., IOVATE HEALTH SCIENCES GROUP, INC., IOVATE HEALTH SCIENCES RESEARCH, INC., IOVATE HC 2005 FORMULATIONS, LTD., MUSCLETECH RESEARCH AND DEVELOPMENT INC., and WAL-MART STORES, INC.**<br><br>N.D. Illinois (Eastern Division)<br>Case No. 09-3415<br><br>S. D. California<br>3:09-cv-02370-BTM-AJB |
| **VINCENT TORNAMBE, on behalf of himself and all consumers similarly situated v. IOVATE HEALTH SCIENCES, INC., IOVATE HEALTH SCIENCES, USA, INC. and DOES 1-25, inclusive**<br><br>San Diego Superior Court<br>Case No. 37-09-54363-CU-PO-NC<br><br>S.D. California<br>Case No. 09-cv-01620-BTM-AJB |

| |
|---|
| **RAYMOND ORTIZ, II, a New Jersey resident, and MELISSA REED, a New York resident, on behalf of themselves and all others similarly situated v. IOVATE HEALTH SCIENCES U.S.A. INC., a Delaware corporation, and IOVATE HEALTH SCIENCES INC., a Canadian corporation**<br><br>District of New Jersey<br>Case No. 2:33-av-00001<br><br>S.D. California<br>Case No. 3:09-cv-02356-BTM-AJB |

## CASE CAPTIONS

## (CONDITIONALLY TRANSFERRED)

| |
|---|
| **RHONDA M. HAWKINS, individually and on behalf of all others similarly situated v. IOVATE HEALTH SCIENCES, INC.; IOVATE HEALTH SCIENCES USA, INC.; IOVATE HEALTH SCIENCES INTERNATIONAL, INC.; IOVATE HEALTH SCIENCES GROUP, INC.; IOVATE HEALTH SCIENCES RESEARCH, INC.; IOVATE HC 2005 FORMULATIONS LTD.; MUSCLETECH INC.; MUSCLETECH; and MUSCLETECH RESEARCH AND DEVELOPMENT, INC.**<br><br>S.D. West Virginia<br>Case No. 09-CV-995 |
| **MARTIN ROBERTSON and JAIMIE LYNN ROBERTSON v. IOVATE HEALTH SCIENCES, INC., IOVATE HEALTH SCIENCES USA, INC. and MUSCLETECH RESEARCH AND DEVELOPMENT, INC.**<br><br>S.D. New York<br>Case No. 09-CV-06334-LMM |
| **JUAN A. NOYOLA, II v. IOVATE HEALTH SCIENCES USA, INC., IOVATE HEALTH SCIENCES INC, MUSCLETECH RESEARCH AND DEVELOPMENT, LTD., VITAQUEST INTERNATIONAL, LLC, VITAQUEST INTERNATIONAL, INC., WAL-MART ASSOCIATES, INC., WAL-MART STORES, INC., WAL-MART STORES EAST, INC., WAL-MART STORES EAST, LP, GNC CORPORATION, GN OLDCO CORPORATION (f/k/a GENERAL NUTRITION CORPORATION), GENERAL NUTRITION COMPANIES, INC., GENERAL NUTRITION CENTERS, INC, GENERAL NUTRITION CENTER, INTERNATIONAL, INC., and GENERAL NUTRITION WORLDWIDE, INC.**<br><br>S.D. New York<br>Case No. 1:09-cv-06740-LMM |