| | |
|---|---|
| 1 | ARTURO J. GONZÁLEZ (BAR NO. 121490) |
|   | AGonzalez@mofo.com |
| 2 | WILLIAM F. TARANTINO (BAR NO. 215343) |
|   | WTarantino@mofo.com |
| 3 | ALEXANDRIA A. AMEZCUA (BAR NO. 247507) |
|   | AAmezcua@mofo.com |
| 4 | MORRISON & FOERSTER LLP |
|   | 425 Market Street |
| 5 | San Francisco, California  94105-2482 |
|   | Telephone:    415.268.7000 |
| 6 | Facsimile:    415.268.7522 |
| 7 | Attorneys for Defendants |

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| IN RE HYDROXYCUT MARKETING AND SALES PRACTICES LITIGATION | Case No.    09MD2087-BTM (AJB) |
|---|---|
| | **CERTIFICATE OF SERVICE** |

# CERTIFICATE OF SERVICE

I declare that I am employed with the law firm of Morrison & Foerster LLP, whose address is 425 Market Street, San Francisco, California 94105-2482.  I am not a party to the within cause, and I am over the age of eighteen years.

I further declare that on the date hereof, I served a copy of the following documents using the CM / ECF system which will send notification of such filing to the parties listed below:

**NOTICE OF APPEARANCE**
**DEFENDANTS' LIST OF PENDING MOTIONS**

Andrew S. Friedman
BONNETT FAIRBOURN FRIEDMAN & BALINT PC
2901 North Central Avenue, Suite 1000
Phoenix, AZ 85012-3311
Phone:  602-274-1100
Fax:      602-274-1199
Email:  afriedman@bffb.com
Attorneys for Coleman, Cody, Rossi, Andrew, Shortridge, Randall Scott, Torres, Nicholas, Walden, Kim Ann, Walker, Courtney

Harold M. Hewell
HEWELL LAW FIRM
105 W. F Street, Suite 213
San Diego, CA 92101
Phone:  619-235-6854
Fax:      619- 235-9122
Attorneys for Williams, Connie L.

Timothy G. Blood
COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP
655 West Broadway, Suite 1900
San Diego, CA 92101-3301
Phone:  619-231-1058
Fax:      619-231-7423
Email:  tblood@csgrr.com
Attorneys for Dremak, Andrew

Bruce Daniel Greenberg
LITE DEPALMA GREENBERG & RIVAS LLC
Two Gateway Center, 12th Floor
Newark, NJ 07102
Phone: 973-623-3000
Fax:      973-623-0858
Email:  bgreenberg@ldgrlaw.com
Attorneys for Ortiz, II, Raymond; Reed, Melissa

| | |
|---|---|
| 1 | Kirk E. Wood, Jr. |
| | WOOD LAW FIRM LLC |
| 2 | P.O. Box 382434 |
| | Birmingham, AL 35238 |
| 3 | Phone:  205-612-0243 |
| | Fax:      205-705-1223 |
| 4 | Email:  ekirkwood1@cs.com |
| | Attorneys for Baker, Amy; Caerreon, Sara; Davis, Kyle |
| 5 | |
| | Robert D. Kreisman |
| 6 | KREISMAN LAW OFFICES |
| | 55 W. Monroe Street, Suite 3720 |
| 7 | Chicago, IL 60603 |
| | Phone:  312-346-0045 |
| 8 | Fax:      866-618-4198 |
| | Email:  bob@robertkreisman.com |
| 9 | Attorneys for Mendoza, Flor E.; Mendoza, Rene |
| | |
| 10 | Joe R. Whatley, Jr. |
| | WHATLEY DRAKE & KALLAS LLC |
| 11 | 28 State Street, 11th Floor |
| | Boston, MA   02109 |
| 12 | Phone:  617-573-5518 |
| | Fax:      617-573-5090 |
| 13 | Email:  psheehan@wdklaw.com |
| | Attorneys for Faherty, James |
| 14 | |
| | Jonathan Shub |
| 15 | SEEGER WEISS LLP |
| | 1515 Market Street, Suite 1380 |
| 16 | Philadelphia, PA 19102 |
| | Phone:  215-564-2300 |
| 17 | Fax:      215-851-8029 |
| | Email:  jschub@seegerweiss.com |
| 18 | Attorneys for Johnsen, Daniel; Manley, Robert |
| | |
| 19 | Gene Joseph Stonebarger |
| | LINDSAY & STONEBARGER |
| 20 | 620 Coolidge Drive, Suite 225 |
| | Folsom, CA 95630 |
| 21 | Phone:  916-294-0002 |
| | Fax:      916-294-0012 |
| 22 | Email;  gstonebarger@linidstonelaw.com |
| | Attorneys for Jimenez, Alejandro M.; Lopez, Christopher |
| 23 | |
| | Jeffrey P. Berniard |
| 24 | BERNIARD LAW FIRM |
| | 625 Baronne Street, 2nd Floor |
| 25 | New Orleans, LA 70113 |
| | Phone: 504-527-6225 |
| 26 | Fax:     504-617-6300 |
| | Email: jeffberniard@laclaim.com |
| 27 | Attorneys for Pennier, Enjoli |
| | |
| 28 | |

| | |
|---|---|
| 1 | Alan Douglass Kreis |
| | ALYSTOCK WITKIN KREIS & OVERHOLTZ PLLC |
| 2 | 803 North Palafox Street |
| | Pensacola, FL 32501 |
| 3 | Phone: 850-916-7450 |
| | Fax:    850-916-7449 |
| 4 | Email: dkreis@awkolaw.com |
| | Attorneys for Major, Patricia |
| 5 | |
| | Neil D. Overholtz |
| 6 | AYLSTOCK WITKIN & SASSER |
| | 803 North Palafox Street |
| 7 | Pensacola, FL 32501 |
| | Phone: 850-202-1010 |
| 8 | Attorneys for Walquer, Traczjubruthais |
| | |
| 9 | Allen Woods |
| | LAW OFFICES OF WOODS & WOODS |
| 10 | P.O. Box 128498 |
| | Nashville, TN 37212 |
| 11 | Phone: 615-321-1426 |
| | Fax:    615-321-1429 |
| 12 | Email: allen@woodsattorneys.com |
| | Attorneys for Akins, Patricia; Baker, Monique; Epperson, Ruth; Flenoy, Cory; McClinton, James; |
| 13 | Mcadoo, Calvin; Bailey, Lakysha; Wilson, Nonkanda; Jones, William; Craig, Sheila; Bronaugh, |
| | Willene; Butler, Nathan; Poe, Leslie; Sydnor, LaRent; Brewer, Vicky; Banks, Christopher; |
| 14 | Taylor, Josh; Mendez, Joann; Doss, Naquetta; Wesley, Kevin; Beavis, Valentine; Morrow, |
| | Dennis; Christian, Jeannette; Wright, Karen; Drew, Lonzell; Gebregiorgis, Bezawit; Carter, |
| 15 | Linda; Marshall, Marlon; Willis, Ruthie; Dalton, Nicole; Gill, Terence; Gallimore, Pam; Moore, |
| | Ricky; Hurt, Joe; Hurt, Lana; Whiteside, Rodger; Allen, Jacqueline; Wimberly, Jerry;Carman, |
| 16 | Sasha; Jones, Timothy; Shutt, Stephen; Will, Jeffrey; Nichols, Rita Christine; Flynn, Joanna |
| | |
| 17 | Joseph Gordon Stewart, Jr. |
| | JOSEPH G STEWART JR PC |
| 18 | P.O. Box 240486 |
| | Montgomery, AL 36124 |
| 19 | Phone: 334-263-3552 |
| | Fax:    334-263-3262 |
| 20 | Attorneys for Chancellor, David |
| | |
| 21 | Barry M. Hill |
| | ANAPOL SCHWARTZ WEISS ET AL |
| 22 | 89 12th Street |
| | Wheeling, WV 26003 |
| 23 | Phone: 304-233-4966 |
| | Fax:    304-233-4969 |
| 24 | Email: bhill@anapolschwartz.com |
| | Attorneys for Parke, Dawn; Parke, Marques |
| 25 | |
| | Robert W. Orlando |
| 26 | ORLANDO FIRM PC |
| | 13 Pine Street |
| 27 | Morristown, NJ 07960 |
| | Phone: 866-373-1800 |
| 28 | Attorneys for Kafka, Clifford |

1 | I declare under penalty of perjury that the foregoing is true and correct.

2 | Executed at San Francisco, California, this 2nd day of November, 2009.

                                MORRISON & FOERSTER LLP

                                By: s/Alexandria A. Amezcua
                                Alexandria A. Amezcua
                                Email: aamezcua@mofo.com

                                Attorney for Defendants