cal_____

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE HYDROXYCUT MARKETING AND SALES PRACTICES LITIGATION, | Civil No.09md2087 BTM (AJB)<br><br>ORDER RE DISCLOSURE AND DISCOVERY PROCEEDINGS |

In conferring with counsel at the Status Conference on November 4, 2009, the Court set certain dates and deadlines to move this matter into the disclosure and discovery phases of the case. Counsel have started work on a protective order and e:discovery protocol, and a preservation plan. Plaintiff's counsel in the various cases now joined in this matter will confer no later than *December 4, 2009* in regards to these matters. Thereafter, and before *December 18, 2009*, plaintiffs' counsel or their designated representatives, and defense counsel will meet and confer pursuant to Fed. R. 26(f) to discuss the protective order, the e:discovery protocol, and the preservation plan, as well as their respective proposals for the timing of disclosure and discovery.

At the joint status conference set for *January 4, 2010 at 3:00 p.m.* by Judge Moskowitz, the parties and the Court will review these matters and proceed as required. The Court will consider disclosure dates and other discovery matters at that time as well.

With regard to the discovery related to the pending Motion's to Dismiss the Canadian defendant, plaintiffs' counsel, or their designated representatives, must confer within the next seven (7) days on the

1  adequacy of the discovery already propounded.  Any additional discovery items must be propounded
2  within seven (7) days thereafter and plaintiffs' counsel, or their designated representatives, and defense
3  counsel will need to meet and confer with regard to the discovery no later than *December 4, 2009* with
4  regard to objections to or issues regarding this discovery.  Any disputes regarding this discovery must be
5  directed to Judge Battaglia as soon as possible and  Counsel should contact Judge Battaglia's Law
6  Clerk, Erin Benson (619.557.3446 or erin_sanchack@casd.uscourts.gov) for instructions in that regard.
7  As noted by Judge Moskowitz, that discovery must completed by *February 1, 2010.*
8         IT IS SO ORDERED.

10  DATED:  November 5, 2009

                                                    _____
                                                    Hon. Anthony J. Battaglia
                                                    U.S. Magistrate Judge
                                                    United States District Court