ARTURO J. GONZALEZ (CA SBN 121490)
AGonzalez@mofo.com
WILLIAM F. TARANTINO (CA SBN 215343)
WTarantino@mofo.com
ALEXANDRIA A. AMEZCUA (CA SBN 247507)
AAmezcua@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

ERIN M. BOSMAN (CA SBN 204987)
EBosman@mofo.com
JAE HONG LEE (CA SBN 242203)
JaeHongLee@mofo.com
MORRISON & FOERSTER LLP
12531 High Bluff Drive, Suite 100
San Diego, California  92130-2040
Telephone: 858.720.5100
Facsimile: 858.720.5125

Attorneys for Defendant
WAL-MART STORES, INC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE HYDROXYCUT MARKETING AND SALES PRACTICES LITIGATION | Case No. 09-MD-2087 BTM (AJB) |
| FLOR E. MENDOZA and RENE MENDOZA, <br><br> Plaintiffs, <br><br> v. <br><br> IOVATE HEALTH SCIENCES USA, INC., et al., <br><br> Defendants. | Case No. 09-CV-2370-BTM (AJB) <br><br> **DEFENDANT'S NOTICE OF MOTION AND MOTION TO DISMISS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 9(b)** <br><br> Date: May 17, 2010 <br> Time: 9:00 a.m. <br> Courtroom: 15 <br> Judge: Barry T. Moskowitz <br><br> Per Chambers, no oral argument unless requested by Court. |

TO PLAINTIFF AND HIS COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on May 17, 2010, at 9:00 a.m., or as soon thereafter as the matter may be heard, in the above-captioned court, in Courtroom 15 of the Edward J. Schwartz U.S. Courthouse and Federal Building, located at 940 Front Street, San Diego, California, before the Honorable Barry T. Moskowitz, defendant Wal-Mart Stores, Inc. will and hereby does move to dismiss plaintiffs' claims pursuant to Federal Rule of Civil Procedure Rule 9(b).

This motion is based on this Notice of Motion and Motion, the Memorandum of Points and Authorities in support thereof, all pleadings and papers filed herein, and such other evidence and arguments that may be presented at the hearing.

Dated: March 17, 2010                     MORRISON & FOERSTER LLP


By:     /s/ William F. Tarantino
        WILLIAM F. TARANTINO
        WTarantino@mofo.com

        Attorneys for Defendant
        WAL-MART STORES, INC.

# CERTIFICATE OF SERVICE

I declare that I am employed with the law firm of Morrison & Foerster LLP, whose address is 425 Market Street, San Francisco, California 94105-2482.  I am not a party to the within cause, and I am over the age of eighteen years.

I further declare that on the date hereof, I served a copy of the following documents using the CM / ECF system which will send notification of such filing to the parties denoted on the Electronic Mail Notice List, and I placed a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, addressed to the non-CM/ECF participants indicated on the Manual Notice List, for collection and mailing at Morrison & Foerster LLP, 425 Market Street, San Francisco, California 94105-2482 in accordance with Morrison & Foerster LLP's ordinary business practices.

**DEFENDANT'S NOTICE OF MOTION AND MOTION TO DISMISS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 9 (b)**

**DEFENDANT WAL-MART STORES, INC.'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO DISMISS**

I declare under penalty of perjury that the foregoing is true and correct.

Executed at San Francisco, California, this 17th day of March, 2010.

MORRISON & FOERSTER LLP

By:  s/ William F. Tarantino
     William F. Tarantino
     WTarantino@mofo.com

Attorneys for Defendant
WAL-MART STORES, INC.