A CERTIFIED TRUE COPY
ATTEST

By Jakeia R. Mells on Mar 29, 2010

FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

FILED
MAR 29 2010
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

Mar 12, 2010

FILED
CLERK'S OFFICE

IN RE: HYDROXYCUT MARKETING
AND SALES PRACTICES LITIGATION

MDL No. 2087

09md2087-BTM(AJB)

(SEE ATTACHED SCHEDULE)

## CONDITIONAL TRANSFER ORDER (CTO-6)

On October 6, 2009, the Panel transferred 13 civil actions to the United States District Court for the Southern District of California for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 655 F.Supp.2d 1357 (J.P.M.L. 2009). Since that time, 15 additional actions have been transferred to the Southern District of California. With the consent of that court, all such actions have been assigned to the Honorable Barry Ted Moskowitz.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Southern District of California and assigned to Judge Moskowitz.

Pursuant to Rule 7.4 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation</u>, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Southern District of California for the reasons stated in the order of October 6, 2009, and, with the consent of that court, assigned to the Honorable Barry Ted Moskowitz.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Southern District of California. The transmittal of this order to said Clerk shall be stayed 14 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 14-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Mar 29, 2010

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

I hereby attest and certify on 3/29/10
That the foregoing document is a full, true and correct
copy of the original on file in my office and in my legal
custody.

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

By_____Deputy

IN RE: HYDROXYCUT MARKETING
AND SALES PRACTICES LITIGATION                MDL No. 2087

### SCHEDULE CTO-6 - TAG-ALONG ACTIONS

| DIST. | DIV. | C.A. # | CASE CAPTION |
|---|---|---|---|
| **ALABAMA NORTHERN** | | | |
| ALN | 2 | 10-370 | Debra Rutherford, et al. v. MuscleTech Research & Development, Inc., et al. |
| **KANSAS** | | | |
| KS | 2 | 10-2065 | Casey L. Slyter v. GNC Corp., et al. |
| **LOUISIANA WESTERN** | | | |
| LAW | 2 | 09-1996 | Lucretia Ballou v. Muscle Tech Reasearch & Development, et al. |
| **MISSISSIPPI NORTHERN** | | | |
| MSN | 3 | 09-140 | Andrew Nolley v. Muscletech Research & Development, Inc., et al. |

## UNITED STATES JUDICIAL PANEL
on
## MULTIDISTRICT LITIGATION

**CHAIRMAN:**
John G. Heyburn II
United States District Court
Western District of Kentucky

**MEMBERS:**
Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Kathryn H. Vratil
United States District Court
District of Kansas

David R. Hansen
United States Court of Appeals
Eighth Circuit

W. Royal Furgeson, Jr.
United States District Court
Northern District of Texas

Frank C. Damrell, Jr.
United States District Court
Eastern District of California

David G. Trager
United States District Court
Eastern District of New York

**DIRECT REPLY TO:**
Jeffery N. Lüthi
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone:  [202] 502-2800
Fax:            [202] 502-2888
http://www.jpml.uscourts.gov

March 29, 2010

W. Samuel Hamrick, Jr., Clerk
4290 Edward J. Schwartz Federal Building
880 Front Street
San Diego, CA 92101-8900

Re:  MDL No. 2087 -- IN RE: Hydroxycut Marketing and Sales Practices Litigation

(See Attached CTO-6)

Dear Mr. Hamrick:

Attached as a PDF document is a certified copy of a conditional transfer order filed by the Panel in the above-captioned matter on March 12, 2010. As stipulated in Rule 7.4(a) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), transmittal of the order has been stayed 14 days to give any party an opportunity to oppose the transfer. The 14-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred."

A list of involved counsel, judges and clerks are attached.

Very truly,

Jeffery N. Lüthi
Clerk of the Panel

By /s/ Jakeia Mells
Jakeia Mells
Deputy Clerk

Attachments (Conditional Transfer Order is a Separate Document)

cc:   Transferee Judge:        (See Attached List of Judges)

JPML Form 36A

**IN RE: HYDROXYCUT MARKETING
AND SALES PRACTICES LITIGATION**

MDL No. 2087

## PANEL SERVICE LIST (CTO-6)

Jeffrey P. Berniard
BERNIARD LAW FIRM
643 Magazine Street
Ssuite 402
New Orleans, LA 70130

Timothy G. Blood
BLOOD HURST & O'REARDON LLP
600 B Street
Suite 1550
San Diego, CA 92101

C. Carter Clay
PITTMAN DUTTON & HELLUMS PC
2001 Park Place North
Suite 1100
Birmingham, AL 35203

Thomas E. Dutton
PITTMAN HOOKS DUTTON KIRBY &
   HELLUMS PC
Park Place Tower
2001 Park Place North
Suite 1100
Birmingham, AL 35203

Andrew S. Friedman
BONNETT FAIRBOURN FRIEDMAN &
   BALINT PC
2901 North Central Avenue
Suite 1000
Phoenix, AZ 85012-3311

Arturo J. Gonzalez
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105

Bruce Daniel Greenberg
LITE DEPALMA GREENBERG &
   RIVAS LLC
Two Gateway Center
12th Floor
Newark, NJ 07102

Harold M. Hewell
HEWELL LAW FIRM
105 West F Street
Suite 213
San Diego, CA 92101

Barry M. Hill
HILL WILLIAMS PLLC
89 12th Street
Wheeling, WV 26003

Douglass Alan Kreis
AYLSTOCK WITKIN KREIS &
   OVERHOLTZ PLLC
803 North Palafox Street
Pensacola, FL 32501

Robert D. Kreisman
KREISMAN LAW OFFICES
55 W. Monroe Street
Suite 3720
Chicago, IL 60603

Robert W. Orlando
ORLANDO FIRM PC
13 Pine Street
Morristown, NJ 07960

Neil D. Overholtz
AYLSTOCK WITKIN KREIS &
   OVERHOLTZ PLLC
803 North Palafox Street
Pensacola, FL 35201

**MDL No. 2087 - Panel Service List (CTO-6) (Continued)**

Thomas J. Preuss
WAGSTAFF & CARTMELL LLP
4740 Grand AvenueSuite 300
Kansas City, MO 64112

Jonathan Shub
SHUBLAW LLC
1818 Market Street
13th Floor
Philadelphia, PA 19106

Eulis Simien, Jr.
SIMIEN & SIMIEN LLC
7908 Wrenwood Boulevard
Baton Rouge, LA 70809

Joseph Gordon Stewart, Jr.
JOSEPH G STEWART JR PC
P.O. Box 240486
Montgomery, AL 36124

Gene Joseph Stonebarger
STONEBARGER LAW APC
75 Iron Point Circle
Suite 145
Folsom, CA 95630

Joe R. Whatley, Jr.
WHATLEY DRAKE & KALLAS LLC
1540 Broadway
37th Floor
New York, NY 10036

E. Kirk Wood, Jr.
WOOD LAW FIRM LLC
P.O. Box 382434
Birmingham, AL 35238-2434

Allen Woods
LAW OFFICES OF WOODS & WOODS
P.O. Box 128498
Nashville, TN 37212

IN RE: HYDROXYCUT MARKETING
AND SALES PRACTICES LITIGATION
    MDL No. 2087

## INVOLVED JUDGES LIST (CTO-6)

Hon. J. Thomas Marten
U.S. District Judge
232 U.S. Courthouse
401 North Market St.
Wichita, KS 67202

Hon. Michael P. Mills
Chief Judge, U.S. District Court
335 Federal Bldg. & U.S. Courthouse
911 Jackson Avenue, West
Oxford, MS 38655

Hon. Patricia H. Minaldi
U.S. District Judge
328 Edwin F. Hunter, Jr. U.S. Courthouse & Federal Building
611 Broad Street
Lake Charles, LA 70601

Hon. T. Michael Putnam
U.S. Magistrate Judge
361Hugo L. Black U.S. Courthouse
1729 Fifth Avenue North
Birmingham, AL 35203

IN RE: HYDROXYCUT MARKETING
AND SALES PRACTICES LITIGATION                                      MDL No. 2087

## INVOLVED CLERKS LIST (CTO-6)

Sharon Harris, Clerk
140 Hugo L. Black U.S. Courthouse
1729 5th Avenue North
Birmingham, AL 35203

Timothy M. O'Brien, Clerk
259 Robert J. Dole U.S. Courthouse
500 State Avenue
Kansas City, KS 66101-2430

Tony R. Moore, Clerk
1167 U.S. Courthouse
300 Fannin Street
Shreveport, LA 71101-3083

David Crews, Clerk
369 Federal Building & U.S. Courthouse
911 Jackson Avenue East
Oxford, MS 38655-3622