

A CERTIFIED TRUE COPY

ATTEST

By Jakeia R. Mells on Apr 23, 2010

FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

FILED

Apr 08, 2010

FILED
CLERK'S OFFICE

IN RE: HYDROXYCUT MARKETING
AND SALES PRACTICES LITIGATION

MDL No. 2087

(SEE ATTACHED SCHEDULE)

09 md 2087 —BTM(AJB)

## CONDITIONAL TRANSFER ORDER (CTO-7)

On October 6, 2009, the Panel transferred 13 civil actions to the United States District Court for the Southern District of California for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 655 F.Supp.2d 1357 (J.P.M.L. 2009). Since that time, 19 additional actions have been transferred to the Southern District of California. With the consent of that court, all such actions have been assigned to the Honorable Barry Ted Moskowitz.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Southern District of California and assigned to Judge Moskowitz.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Southern District of California for the reasons stated in the order of October 6, 2009, and, with the consent of that court, assigned to the Honorable Barry Ted Moskowitz.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Southern District of California. The transmittal of this order to said Clerk shall be stayed 14 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 14-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Apr 23, 2010

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

**IN RE: HYDROXYCUT MARKETING
AND SALES PRACTICES LITIGATION**                 MDL No. 2087

### SCHEDULE CTO-7 - TAG-ALONG ACTIONS

| DIST. | DIV. | C.A. # | CASE CAPTION |
|-------|------|--------|--------------|
| CALIFORNIA CENTRAL | | | |
| CAC | 8 | 10-246 | Michael Williams, et al. v. Iovate Health Sciences U.S.A., Inc., et al. |
| IOWA NORTHERN | | | |
| IAN | 1 | 10-22 | Andrew M. Schwisow v. Iovate Health Sciences, Inc., et al |
| NEW YORK EASTERN | | | |
| NYE | 1 | 10-1352 | Kerry M. Donald, et al. v. Iovate Health Sciences Group, Inc., et al. |
| NYE | 2 | 10-1318 | Robert C. Fahrbach v. Iovate Health Sciences U.S.A., Inc., et al. |
| NEW YORK SOUTHERN | | | |
| NYS | 1 | 10-2821 | Simona Gulley v. Kerr Investment Holding Corp., et al. |