cal\_\_\_\_\_

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE HYDROXYCUT MARKETING AND SALES PRACTICES LITIGATION | Civil No.09md2087 BTM (AJB)<br><br>Order On Confidential Joint Statement Lodged Re: Jurisdictional Discovery Disputes |

The parties lodged a confidential joint statement regarding five categories of jurisdictional discovery requests sought by the Plaintiffs that are the subject of a discovery dispute. The categories are: 1) consolidated financial statements for Iovate Group for the years 2004 to 2009; 2) agreements signed or negotiated by Mr. Gardiner; 3) full disclosure of the officers, directors, employees and divisions of Iovate Group and its subsidiaries; 4) information concerning ownership and nature of operations for Iovate Health Science Fulfilment, Inc. And Bodybuilding Holdings, Inc.; and 5) emails by or between Mr. Gardiner and Mr. Begley for the relevant time period. The Court has reviewed the parties' arguments in the joint statement and rules on each category of requests as follows:

***Category 1: Consolidated Financial Statements for Iovate Group***

With regard to the first category, the Court finds the compromise offered by the Plaintiffs to be reasonable as this information is discoverable. Defendants will produce the requested consolidated financial statements for Iovate Group for the period of 2004 to 2009.

*Category 2: Agreements Signed or Negotiated by Mr. Gardiner*

The Court finds the information sought in this request to be discoverable. The Defendants will produce all contracts signed by Mr. Gardiner during the period 2004 to 2009 with regard to the products at issue or the Defendant companies. The Court finds Plaintiffs' request with regard to the contracts negotiated in whole or in part by Mr. Gardiner to be overly burdensome.

*Category 3: Officers, Directors, Employees and Divisions of Iovate Group and Its Subsidiaries*

Plaintiffs have requested information regarding the officers, directors, employees and divisions of Iovate Group and each of its subsidiaries, including their officers' and directors' tenures, as well as the number of employees in, and descriptions of all departments within each entity. The Court finds the information sought by the Plaintiffs' to be both relevant and discoverable. Defendants will provide the Plaintiffs with a complete description to includ the names and tenures of all of the officers and directors in the organizational structure of Iovate Group Defendants and their subsidiaries for the relevant time period.

*Category 4: Iovate Health Sciences Fulfillment, Inc. And Bodybuilding Holdings, Inc.*

Plaintiffs have requested information concerning the ownership and nature of the operations of Iovate Health Sciences Fulfilment Inc. ("Iovate Fulfilment") and Bodybuilding Holdings Inc. ("Bodybuilding"). Plaintiffs have established the relevance of the limited information sought regarding Iovate Fulfilment and Bodybuilding. The Defendants will produce the requested information concerning the ownership and nature of the operations of Iovate Health Sciences Fulfilment Inc. and Bodybuilding Holdings Inc.

*Category 5: Emails between Mr. Gardiner and Mr. Begley*

The Court has reviewed the parties arguments and finds that Plaintiffs' request when limited to only Mr. Gardiner's email communications and limited to the products at issue for a narrower time frame to be appropriate. The parties will meet and confer and reach agreement regarding a narrower time frame for the request.

///

///

///

1  The Defendants must produce the documents and information set forth in the above five
2  categories to the Plaintiffs *on or before June 7, 2010*.
3  IT IS SO ORDERED.

5  DATED:  May 24, 2010

_____
Hon. Anthony J. Battaglia
U.S. Magistrate Judge
United States District Court