1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE HYDROXYCUT MARKETING AND SALES PRACTICES LITIGATION | Case No. 3:09-md-02087-BTM-AJB |
| KERRY M. DONALD and NADIA DONALD,<br><br>Plaintiff,<br><br>v.<br><br>IOVATE HEALTH SCIENCES GROUP, INC., IOVATE HEALTH SCIENCES U.S.A., INC. IOVATE HEALTH SCIENCES INC., MUSCLETECH RESEARCH AND DEVELOPMENT, INC., VITAQUEST INTERNATIONAL LLC, VITAQUEST INTERNATIONAL INC., GNC CORPORATION, GN OLDCO CORPORATION (f/k/a GENERAL NUTRITION CORPORATION), GENERAL NUTRITION COMPANIES, INC., GENERAL NUTRITION CENTERS, INC., and GENERAL NUTRITION WORLDWIDE, INC.,<br><br>Defendants, | Case No. 3:10-cv-0910-BTM-AJB<br><br>**ORDER FILING EXHIBIT 2 TO THE DECLARATION OF KENDRA GOLDHIRCH IN SUPPORT OF PLAINTIFFS' REPLY UNDER SEAL** |

1   The Court has considered the Defendants' Ex Parte Application For An Order Filing
2   Exhibit 2 To The Declaration Of Kendra Goldhirch In Support Of Plaintiffs' Reply Under Seal,
3   and for good cause shown, the Court hereby orders that Exhibit 2 to The Declaration Of Kendra
4   Goldhirch in support of Plaintiffs' Reply be filed under seal pursuant to the Protective Order
5   entered by Judge Anthony J. Battaglia on March 22, 2010.
6   IT IS SO ORDERED.

8   DATED: June 28, 2010

                                                        _____
10                                                      Honorable Barry Ted Moskowitz
                                                        United States District Judge