# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE HYDROXYCUT MARKETING AND SALES PRACTICES LITIGATION | CASE NO. 09MD2087-BTM (AJB)<br><br>**ORDER GRANTING JOINT MOTION TO WITHDRAW MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION IN THE CONSOLIDATED CLASS ACTION CASE;**<br><br>**ORDER DIRECTING INDIVIDUAL PERSONAL INJURY PLAINTIFFS TO FILE ANY OBJECTION TO THE JOINT MOTION ON OR BEFORE JULY 30, 2010; AND**<br><br>**SCHEDULING ORDER** |

The Court has received the Joint Motion to Withdraw Defendant Kerr Investment Holding Corp.'s (f/k/a Iovate Health Sciences Group, Inc.) ("Kerr") Motion to Dismiss for Lack of Personal Jurisdiction Pursuant to Fed. R. Civ. P. 12(b)(2) [Docket Entry 254] ("Joint Motion"). The only signatories to the Joint Motion are Counsel for Kerr Investment Holding Corp. and Counsel for Andrew Dremak a representative plaintiff in the Consolidated Class Action.

**CONSOLIDATED CLASS ACTION**

Upon review of the Joint Motion, the Court hereby **GRANTS** the request to withdraw the pending Motions to Dismiss for Lack of Personal Jurisdiction insofar as they relate to the Consolidated Class Action or any of the class actions which were a part thereof.

**INDIVIDUAL PERSONAL INJURY ACTIONS**

The individual personal injury plaintiffs have not joined in the Joint Motion. If any plaintiff with an individual personal injury case pending does not consent to the Joint Motion [09md2087 - Docket Entry 254] or specifically does not consent to the withdrawal and re-filing of defendant Kerr's motions to dismiss for lack of personal jurisdiction, they **must file an objection to the Joint Motion**. Any such objection shall be filed on or before **July 30, 2010.**

**SCHEDULING ORDER**

The Court further orders as follows:

(1) The hearing date of **July 22, 2010** is hereby vacated and reset to **October 13, 2010 at 2:00 p.m.**

(2) The close of jurisdictional discovery is extended to **July 30, 2010.**

(3) The last day for Kerr to file any new motions to dismiss for lack of personal jurisdiction is **July 9, 2010.**

(4) The last day for plaintiffs to file their opposition to the motions to dismiss for lack of personal jurisdiction is **September 3, 2010.**

(5) The last day for defendants to file any reply to the new motions to dismiss for lack of personal jurisdiction is **September 27, 2010.**

**IT IS SO ORDERED.**

DATED: July 6, 2010

Honorable Barry Ted Moskowitz
United States District Judge