1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

IN RE HYDROXYCUT MARKETING
AND SALES PRACTICES LITIGATION

CASE NO. 09MD2087-BTM (AJB)

**ORDER GRANTING MOTION TO INTERVENE**

On February 12, 2010, pursuant to Fed. R. Civ. P. 24(a) and La. Rev. Stat. § 37:218, attorneys and entities Jeffrey P. Berniard, Berniard Law Firm, Madro Bandaries, Madro Bandaries PLC, Gregory P. DiLeo, and Jennifer B. Eagan filed a Motion to Intervene [docket entry 82] ("Motion"). The motion was set for hearing on July 23, 2010. No opposition or response to the Motion was filed. The matter was deemed suitable for determination without oral argument and was submitted on the papers.

09MD2087

1    Upon consideration of the Motion and relevant authority, the Motion is hereby

2  **GRANTED.** Louisiana courts have consistently recognized the right of the discharged attorney

3  to enforce his claim for fees by means of intervention in the suit in which the attorney provided

4  service. "Also recognized has been the right of a discharged attorney to enforce his properly

5  perfected claim for a contracted fee under La. Rev. Stat. § 37:218 not only against his former

6  client, but also against the opposing party in the suit filed by his former client." <u>Simmons v.

7  Chambliss</u>, 852 So. 2d 1237, 1239 (La. App. 2003); <u>see also</u> <u>Oubre v. Lousiana Citizens Fair

8  Plan</u>, 8 So. 3d 99,102 (La. App. 2009).

9    Accordingly, it is hereby ordered that Jeffrey P. Berniard, Berniard Law Firm, Madro

10  Bandaries, Madro Bandaries PLC, Gregory P. DiLeo, and Jennifer B. Eagan shall be named

11  as plaintiffs in intervention for purposes of enforcing their claims for attorneys fees in this case.

12    Any party who may oppose the right to or amount of fees, however, shall be entitled to

13  a hearing upon request.  <u>See</u> <u>Robichaux v. Cade</u>, 357 So. 2d 849, 852 (La. App. 1978).

14

15  **IT IS SO ORDERED.**

16  DATED:  August 31, 2010

17

18  Honorable Barry Ted Moskowitz
    United States District Judge

19

20

21

22

23

24

25

26

27

28

09MD2087