1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE TRANSFER OF CASES FROM ) <br> MAGISTRATE JUDGE ANTHONY J. ) <br> BATTAGLIA TO MAGISTRATE JUDGE ) <br> CATHY ANN BENCIVENGO ) <br> ) <br> ——————————————————— ) | TRANSFER ORDER |

IT IS HEREBY ORDERED THAT the following listed cases are transferred from the calendar of  Judge Anthony J. Battaglia to the calendar of Judge Cathy Ann Bencivengo for all further proceed-ings. All conferences or hearing dates set before Judge Battaglia, if any, are now set before Judge Bencivengo, until further order. Any dates set before any district judge remain unchanged.

Title                                                                  Case No.

In re: Hydroxycut Litigation                               09md2087 BTM


        IT IS SO ORDERED.


DATED:  March 11, 2011

_____
Hon. Anthony J. Battaglia
U.S. District Judge
United States District Court

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28