UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| IN RE TRANSFER OF CASES FROM MAGISTRATE JUDGE CATHY ANN BENCIVENGO TO MAGISTRATE JUDGE RUBEN B. BROOKS | TRANSFER ORDER |
|---|---|

**IT IS HEREBY ORDERED THAT** the following listed cases are transferred from the calendar of Judge Cathy Ann Bencivengo to the calendar of Judge Ruben B. Brooks for all further proceedings. All ENE, MSC or other settlement conferences, and all scheduling and discovery hearings set before Judge Bencivengo, if any, are **VACATED**. Counsel will contact the Chambers of Judge Brooks, to reschedule any such conferences or hearings within five days of the entry of this order. All other dates, and any dates set before any district judge remain unchanged.

| Case Number | Case Name |
|---|---|
| 08cv2109-MMA | *Throop v. Secretary of Corrections et al* |
| 10cv0997-IEG | *Gardner v. GC Services, LP* |
| 10cv0146-H | *Multimedia Patent Trust v. The Walt Disney Company* |
| 10cv2618-H | *Multimedia Patent Trust v. Apple Inc.* |
| 09md2087-BTM | *In Re Hydroxycut Marketing and Sales Practices Litigation* |

| Case Number | Case Name |
|---|---|
| 07cv1852-MMA | *Zeinali v. Raytheon* |
| 09cv2324-JLS | *Hammes Company Healthcare, LLC et al v. Tri-City Healthcare District et al* |
| 09cv2334-JLS | *Tri-City Healthcare District v. HC Tri-City* |
| 10cv1889-MMA | *Whitten v. Rightthing, LLC et al* |
| 10cv2012-MMA | *Gonzalez et al v. Totah Family Partnership* |
| 10cv2484-WQH | *Scripps Health v. Food Employers & Bakery & Confectionery Workers* |
| 11cv1554-BEN | *Nordstrom v. US Bank, N.A., Inc* |
| 11cv1741-LAB | *Upper Deck Intl. v. Upper Deck Co.* |
| 11cv1992-MMA | *Ryan v. United States of America* |
| 11cv2414-IEG | *United States of America v. Warrior* |

**IT IS SO ORDERED.**

DATED: February 13, 2012

_____
**CATHY ANN BENCIVENGO**
United States Magistrate Judge