UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE HYDROXYCUT SALES PRACTICES LITIGATION | CASE NO.  3:09-md-02087-BTM-RBB |
| APPLIES TO: | **ORDER GRANTING JOINT MOTION TO DISMISS COUNTS FOUR, FIVE, SIX, AND SEVEN FROM PLAINTIFFS' COMPLAINTS, AS WELL AS ALL CLAIMS FOR PUNITIVE DAMAGES AND ATTORNEYS' FEES, AS TO DEFENDANT BACTOLAC PHARMACEUTICAL, INC.** |
| JUANITA L. ARZOLA, <br><br>     Plaintiffs, <br><br> vs. <br><br> KERR INVESTMENT HOLDING CORP., et al., <br><br>     Defendants. | CASE NO.  3:11-CV-00318-BTM- RBB |
| RAYMOND P. BARTH, <br><br>     Plaintiffs, <br><br> vs. <br><br> KERR INVESTMENT HOLDING CORP., et al., | CASE NO.  3:11-CV-00440-BTM- RBB |

1

**ORDER GRANTING JOINT MOTION TO DISMISS COUNTS FOUR, FIVE, SIX, AND SEVEN FROM PLAINTIFFS' COMPLAINTS, AS WELL AS ALL CLAIMS FOR PUNITIVE DAMAGES AND ATTORNEYS' FEES, AS TO DEFENDANT BACTOLAC PHARMACEUTICAL, INC.**

| | |
|---|---|
| Defendants. | |
| ERIC L. BENNETT,  Plaintiffs,  vs.  KERR INVESTMENT HOLDING CORP., et al.,  Defendants. | CASE NO.  3:11-CV-00620-BTM- RBB |
| RICHARD A. BOUGH,  Plaintiffs,  vs.  KERR INVESTMENT HOLDING CORP., et al.,  Defendants. | CASE NO.  3:09-CV-02511-BTM- RBB |
| CORETTA BROWN,  Plaintiffs,  vs.  KERR INVESTMENT HOLDING CORP., et al.,  Defendants. | CASE NO.  3:10-CV-00237-BTM- RBB |
| EVELYN BROWN,  Plaintiffs,  vs.  KERR INVESTMENT HOLDING CORP., et al.,  Defendants. | CASE NO.  3:10-CV-01487-BTM- RBB |

**ORDER GRANTING JOINT MOTION TO DISMISS COUNTS FOUR, FIVE, SIX, AND SEVEN FROM PLAINTIFFS' COMPLAINTS, AS WELL AS ALL CLAIMS FOR PUNITIVE DAMAGES AND ATTORNEYS' FEES, AS TO DEFENDANT BACTOLAC PHARMACEUTICAL, INC.**

| | |
|---|---|
| JEFFREY E. BRUGLER,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>KERR INVESTMENT<br>HOLDING CORP. ,et al.,<br><br>　　　　Defendants. | CASE NO.  3:10-CV-02560-BTM- RBB |
| VERONICA L. DEARMAN,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>KERR INVESTMENT<br>HOLDING CORP., et al.,<br><br>　　　　Defendants. | CASE NO.  3:11-CV-000027-BTM- RBB |
| KATHY M. FERNANDEZ,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>KERR INVESTMENT<br>HOLDING CORP., et al.,<br><br>　　　　Defendants. | CASE NO.  3:11-CV-00186-BTM- RBB |
| GENERAL L. FRANKLIN,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>KERR INVESTMENT<br>HOLDING CORP., et al., | CASE NO.  3:11-CV-00864-BTM- RBB |

3

**ORDER GRANTING JOINT MOTION TO DISMISS COUNTS FOUR, FIVE, SIX, AND SEVEN FROM PLAINTIFFS' COMPLAINTS, AS WELL AS ALL CLAIMS FOR PUNITIVE DAMAGES AND ATTORNEYS' FEES, AS TO DEFENDANT BACTOLAC PHARMACEUTICAL, INC.**

| | |
|---|---|
| Defendants. | |
| MICHAEL FYALKA,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>KERR INVESTMENT<br>HOLDING CORP., et al.,<br><br>　　　　　Defendants. | CASE NO.  3:10-CV-00193-BTM- RBB |
| BARBARA GIBSON,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>KERR INVESTMENT<br>HOLDING CORP., et al.,<br><br>　　　　　Defendants. | CASE NO.  3:11-CV-00923-BTM- RBB |
| SIMONA GULLEY,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>KERR INVESTMENT<br>HOLDING CORP., et al.,<br><br>　　　　　Defendants. | CASE NO.  3:10-CV-00876-BTM- RBB |
| MICHAEL H. PORCH,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>KERR INVESTMENT<br>HOLDING CORP., et al., | CASE NO.  3:10-CV-02558-BTM- RBB |

4

**ORDER GRANTING JOINT MOTION TO DISMISS COUNTS FOUR, FIVE, SIX, AND SEVEN FROM PLAINTIFFS' COMPLAINTS, AS WELL AS ALL CLAIMS FOR PUNITIVE DAMAGES AND ATTORNEYS' FEES, AS TO DEFENDANT BACTOLAC PHARMACEUTICAL, INC.**

| | |
|---|---|
| Defendants. | |
| MARTIN ROBERTSON, | CASE NO. 3:09-CV-02508-BTM- RBB |
| Plaintiffs, | |
| vs. | |
| KERR INVESTMENT HOLDING CORP., et al., | |
| Defendants. | |
| RON ROBERTSON, et al., | CASE NO. 3:10-CV-01486-BTM- RBB |
| Plaintiffs, | |
| vs. | |
| KERR INVESTMENT HOLDING CORP., et al., | |
| Defendants. | |
| JANELLE M. ROOSA, | CASE NO. 3:10-CV-02346-BTM- RBB |
| Plaintiffs, | |
| vs. | |
| KERR INVESTMENT HOLDING CORP., et al., | |
| Defendants. | |

Plaintiffs in the above-referenced matters ("Plaintiffs") and Defendant Bactolac Pharmaceutical, Inc. ("Defendant"), collectively ("the Parties"), by and through their counsel, stipulated and filed a joint motion wherein Plaintiffs agreed to voluntarily dismiss Counts Four (Breach of Express Warranty), Five (Breach of Implied Warranty), Six (Common Law Fraud), and Seven (Punitive Damages) of the operative complaints as to Defendant, as well as all to dismiss the requests for punitive damages, treble damages, and attorney's fees, as to Defendant.

5

**ORDER GRANTING JOINT MOTION TO DISMISS COUNTS FOUR, FIVE, SIX, AND SEVEN FROM PLAINTIFFS' COMPLAINTS, AS WELL AS ALL CLAIMS FOR PUNITIVE DAMAGES AND ATTORNEYS' FEES, AS TO DEFENDANT BACTOLAC PHARMACEUTICAL, INC.**

1  The Court **GRANTS** the joint motion (09md2087 - Doc. No. 1095).  Pursuant to
2 the agreement of the parties, Counts Four (Breach of Express Warranty), Five (Breach of Implied
3 Warranty), Six (Common Law Fraud), and Seven (Punitive Damages) of the operative
4 complaints, as well as the requests for punitive damages, treble damages, and attorney's fees, as
5 to Defendant Bactolac, are hereby **DISMISSED**.  Defendant Bactolac shall Answer Plaintiffs'
6 complaints within sixty (60) days after the entry of this Order.
7  The following motions to dismiss are **DENIED** as moot, and the hearings on the
8 motions are **VACATED**:  11cv186 [Doc. No. 35; 09md2087 – Doc. No. 1031], 09cv2508 [Doc.
9 No. 88; 09md2087 – Doc. No. 1030], 11cv864 [Doc. No. 25; 09md2087 – Doc. No. 1029],
10 09cv2511 [Doc. No. 69; 09md2087 – Doc. No. 1044], 11cv620 [Doc. No. 37; 09md2087 – Doc.
11 No. 1045], 10cv237 [Doc. No. 71; 09md2087 – Doc. No. 1047], 10cv876 [Doc. No. 59;
12 09md2087 – Doc. No. 1050], 11cv318 [Doc. No. 39; 09md2087 – Doc. No. 1056], 11cv27 [Doc.
13 No. 38; 09md2087 – Doc. No. 1057], 11cv923 [Doc. No. 31; 09md2087 – Doc. No. 1058].

**IT IS SO ORDERED.**

DATED:  March 15, 2012

Honorable Barry Ted Moskowitz
United States District Judge

6

ORDER GRANTING JOINT MOTION TO DISMISS COUNTS FOUR, FIVE, SIX, AND SEVEN FROM
PLAINTIFFS' COMPLAINTS, AS WELL AS ALL CLAIMS FOR PUNITIVE DAMAGES AND
ATTORNEYS' FEES, AS TO DEFENDANT BACTOLAC PHARMACEUTICAL, INC.