.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE HYDROXYCUT SALES PRACTICES LITIGATION**<br><br>**APPLIES TO:** | CASE NO. 3:09-md-02087-BTM-RBB<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS COUNTS FOUR, FIVE, SIX, AND SEVEN FROM PLAINTIFFS' COMPLAINTS, AS WELL AS ALL CLAIMS FOR PUNITIVE DAMAGES AND ATTORNEYS' FEES, AS TO DEFENDANT BACTOLAC PHARMACEUTICAL, INC.** |
| TRUDI ADAMS, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>KERR INVESTMENT HOLDING CORP., et al.,<br><br>Defendants. | CASE NO. 3:11-CV-00992-BTM-RBB |
| ALLIE HARRIS, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>KERR INVESTMENT HOLDING CORP., et al., | CASE NO. 3:11-CV-00146-BTM-RBB |

1

**[PROPOSED] ORDER GRANTING JOINT MOTION TO DISMISS COUNTS FOUR, FIVE, SIX, AND SEVEN FROM PLAINTIFFS' COMPLAINTS, AS WELL AS ALL CLAIMS FOR PUNITIVE DAMAGES AND ATTORNEYS' FEES, AS TO DEFENDANT BACTOLAC PHARMACEUTICAL, INC.**

| | | |
|---|---|---|
| 1 | Defendants. | |
| 2 | | |
| 3 | CARMEN KANE, et al., | CASE NO. 3:11-CV-00993-BTM-RBB |
| 4 | Plaintiffs, | |
| 5 | vs. | |
| 6 | | |
| 7 | KERR INVESTMENT HOLDING CORP., et al., | |
| 8 | | |
| 9 | Defendants. | |
| 10 | TERANCE LAMB, et al., | CASE NO. 3:11-CV-0026-BTM-RBB |
| 11 | Plaintiffs, | |
| 12 | | |
| 13 | vs. | |
| 14 | KERR INVESTMENT HOLDING CORP., et al. , | |
| 15 | | |
| 16 | Defendants. | |
| 17 | JOSHUA SHEPHERD, et al., | CASE NO. 3:11-CV-0380-BTM-RBB |
| 18 | | |
| 19 | Plaintiffs, | |
| 20 | vs. | |
| 21 | KERR INVESTMENT HOLDING CORP., et al., | |
| 22 | | |
| 23 | Defendants. | |
| 24 | MICHELLE KANN, et al., | CASE NO. 3:00-CV-0824-BTM-RBB |
| 25 | Plaintiffs, | |
| 26 | | |
| 27 | vs. | |
| 28 | KERR INVESTMENT | |

**[PROPOSED] ORDER GRANTING JOINT MOTION TO DISMISS COUNTS FOUR, FIVE, SIX, AND SEVEN FROM PLAINTIFFS' COMPLAINTS, AS WELL AS ALL CLAIMS FOR PUNITIVE DAMAGES AND ATTORNEYS' FEES, AS TO DEFENDANT BACTOLAC PHARMACEUTICAL, INC.**

|  |  |
|---|---|
| HOLDING CORP., et al.,<br><br>Defendants. |  |
| DANNY JENKINS, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>KERR INVESTMENT HOLDING CORP., et al.,<br><br>Defendants. | CASE NO. 3:10-CV-2257-BTM-RBB |
| ARLENE SENORY, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>KERR INVESTMENT HOLDING CORP., et al.,<br><br>Defendants. | CASE NO. 3:11-CV-00957-BTM-RBB |

Plaintiffs in the above-referenced matters ("Plaintiffs") and Defendant Bactolac Pharmaceutical, Inc. ("Defendant"), collectively ("the Parties"), by and through their counsel, stipulated and filed a joint motion wherein Plaintiffs agreed to voluntarily dismiss Counts Four (Breach of Express Warranty), Five (Breach of Implied Warranty), Six (Common Law Fraud), and Seven (Punitive Damages) of the operative complaints as to Defendant, as well as all to dismiss the requests for punitive damages, treble damages, and attorney's fees, as to Defendant.

The Court **GRANTS** the joint motion (09md2087 - Doc. No. 1106). Pursuant to the agreement of the parties, Counts Four (Breach of Express Warranty), Five (Breach of Implied Warranty), Six (Common Law Fraud), and Seven (Punitive Damages) of the operative complaints, as well as the requests for punitive damages, treble damages, and attorney's fees, as

3

**[PROPOSED] ORDER GRANTING JOINT MOTION TO DISMISS COUNTS FOUR, FIVE, SIX, AND SEVEN FROM PLAINTIFFS' COMPLAINTS, AS WELL AS ALL CLAIMS FOR PUNITIVE DAMAGES AND ATTORNEYS' FEES, AS TO DEFENDANT BACTOLAC PHARMACEUTICAL, INC.**

to Defendant, are hereby **DISMISSED**. Defendant Bactolac shall Answer Plaintiffs' complaints within sixty (60) days after the entry of this Order.

Defendant's motions to dismiss in the <u>Jenkins</u> matter (10cv2257- Doc. No. 40; 09md2087 – Doc. No. 1028), set to be heard on March 23, 2012, is hereby DENIED AS MOOT, and the hearing is taken off calendar.

**IT IS SO ORDERED.**

DATED: March 19, 2012

Honorable Barry Ted Moskowitz
United States District Judge

4

**[PROPOSED] ORDER GRANTING JOINT MOTION TO DISMISS COUNTS FOUR, FIVE, SIX, AND SEVEN FROM PLAINTIFFS' COMPLAINTS, AS WELL AS ALL CLAIMS FOR PUNITIVE DAMAGES AND ATTORNEYS' FEES, AS TO DEFENDANT BACTOLAC PHARMACEUTICAL, INC.**