UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE TRANSFER OF CASES FROM MAGISTRATE JUDGE RUBEN B. BROOKS TO MAGISTRATE JUDGE KAREN S. CRAWFORD | TRANSFER ORDER |

**IT IS HEREBY ORDERED** that the following cases are transferred from the calendar of the Honorable Ruben B. Brooks to the calendar of the Honorable Karen S. Crawford for all future proceedings. After this transfer, the case number should be changed to reflect Magistrate Judge Karen S. Crawford's initials ("KSC").  Therefore, in all case numbers, the "(RBB)" that appears after the case number should be changed to "(KSC)" to ensure all documents are properly routed.

All pending dates on Magistrate Judge Brooks's calendar are hereby vacated, to be reset by Magistrate Judge Crawford.  The parties in the cases listed in this order are advised that they will be informed by the Court on an individual basis with respect to rescheduling any pending dates.  All dates set before the district judge will remain unchanged.

| Case No. | Case Title |
|---|---|
| 08cv2109 MMA | Throop v. Secretary of Corrections, et al. |
| 10cv0997 IEG | Gardner v. GC Services, LP |
| 10cv0146 H | Multimedia Patent Trust v. The Walt Disney Company |
| 10cv2618 H | Multimedia Patent Trust v. Apple Inc. |
| 09md2087 BTM | In Re Hydroxycut Marketing and Sales Practices Litigation |
| 07cv1852 MMA | Zeinali v. Raytheon |
| 09cv2324 JLS | Hammes Company Healthcare, LLC et al. v. Tri-City Healthcare District et al. |
| 09cv2334 JLS | Tri-City Healthcare District v. HC Tri-City |
| 10cv1889 MMA | Whitten v. Rightthing, LLC et al. |
| 10cv2012 MMA | Gonzalez et al. v. Totah Family Partnership |
| 10cv2484 WQH | Scripps Health v. Food Employers & Bakery & Confectionery Workers |
| 11cv1554 BEN | Nordstrom v. US Bank, N.A., Inc. |
| 11cv1741 LAB | Upper Deck Intl. v. Upper Deck Co. |

IT IS SO ORDERED.

Dated: March 22, 2012

Ruben B. Brooks
United States Magistrate Judge

cc: All Judges
    All Counsel

K:\COMMON\BROOKS\CHAMBERS\CASES\TRANSFORDER33.wpd         2