FILED

12 DEC 19 PM 2:06

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE HYDROXYCUT MARKETING AND SALES PRACTICES LITIGATION | Case No.: 3:09-MD-02087-BTM(KSC) |
| ANDREW DREMAK, on Behalf of Himself, All Others Similarly Situated and the General Public,<br><br>Plaintiff,<br><br>vs.<br><br>IOVATE HEALTH SCIENCES GROUP, INC., *et al.*,<br><br>Defendants. | Case No.: 3:09-CV-01088-BTM(KSC)<br><br>ORDER GRANTING JOINT MOTION TO FILE OVERLENGTH MEMORANDUM IN SUPPORT OF MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT<br><br>Dept.: 15<br>Judge: The Honorable Karen S. Crawford |
| This Document Relates to All Actions. | [Doc. No. 1608] |

1  This cause has come before the Court upon the Joint Motion to File Overlength
2  Memorandum in Support of Motion for Preliminary Approval of Class Action Settlement.
3  The Court, having reviewed the submissions, ORDERS, ADJUDGES and DECREES that the
4  joint motion is GRANTED, and the overlength memorandum shall be deemed properly filed.
5  IT IS SO ORDERED.

DATED: 12/18/12

KAREN S. CRAWFORD
UNITED STATES MAGISTRATE JUDGE

1

Case No. 3:09-MD-02087-BTM(KSC)
Case No. 3:09-CV-01088-BTM(KSC)