# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE HYDROXYCUT MARKETING AND SALES PRACTICES LITIGATION | Case No.: 3:09-MD-02087-BTM(KSC) |
| ANDREW DREMAK, on Behalf of Himself, All Others Similarly Situated and the General Public,<br><br>Plaintiff,<br><br>vs.<br><br>IOVATE HEALTH SCIENCES GROUP, INC., *et al.*,<br><br>Defendants. | Case No.: 3:09-CV-01088-BTM(KSC)<br><br>ORDER GRANTING JOINT MOTION TO EXCEED PAGE LIMITATION FOR PLAINTIFF'S REPLY IN SUPPORT OF MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT<br><br>Dept.: 15B, 15th Floor - Annex<br>Judge: Hon. Barry Ted Moskowitz |

Having considered the parties' Joint Motion to Exceed Page Limitation for Plaintiff's Reply in Support of Motion for Final Approval of Class Action Settlement, and for good cause appearing, the Court hereby GRANTS the Motion as follows:

///

Plaintiff is granted leave to file and serve a Reply in Support of Motion for Final Approval of up to 13 pages in length.

**IT IS SO ORDERED.**

Dated: April 16, 2013

HONORABLE BARRY TED MOSKOWITZ
UNITED STATES DISTRICT JUDGE