# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE HYDROXYCUT MARKETING AND SALES PRACTICES LITIGATION | CASE NO. 09md2087 BTM (KSC) |
| ANDREW DREMAK, on Behalf of Himself, All Others Similarly Situated and the General Public, | CASE NO. 09cv1088 BTM(KSC) |
| Plaintiff, | **ORDER CLARIFYING TIME OF HEARING** |
| v. | |
| IOVATE HEALTH SCIENCES GROUP, INC., et al., | |
| Defendants. | |

Due to some confusion, the Court reminds the parties and attorneys that pursuant to the docket entry on March 18, 2013, the hearing on the motion for final approval of class action settlement is scheduled for **April 23, 2013 at 10:00 a.m.** in Courtroom 15B of the Annex. The time was changed from 3:00 p.m. to 10:00 a.m. There is no hearing at 3:00 p.m. Any attorneys who wish to appear telephonically must register with Tele-Court, Inc., at www.tele-court.com or (800) 924-5680.

**IT IS SO ORDERED.**

DATED: April 16, 2013

BARRY TED MOSKOWITZ, Chief Judge
United States District Court