BLOOD HURST & O'REARDON, LLP
TIMOTHY G. BLOOD (149343)
LESLIE E. HURST (178432)
THOMAS J. O'REARDON II (247952)
701 B Street, Suite 1700
San Diego, CA  92101
Telephone: (619) 338-1100
Facsimile: (619) 338-1101
tblood@bholaw.com
lhurst@bholaw.com
toreardon@bholaw.com

BONNETT, FAIRBOURN, FRIEDMAN
 & BALINT, P.C.
ANDREW S. FRIEDMAN (AZ 005425)
ELAINE A. RYAN (AZ 012870)
PATRICIA N. SYVERSON
 (CA 203111; AZ 020191)
2325 E. Camelback Road, Suite 300
Phoenix, AZ  85016
Telephone:  (602) 274-1100
Facsimile:  (602) 798-5860
afriedman@bffb.com
eryan@bffb.com
psyverson@bffb.com

Co-Lead Class Counsel

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE HYDROXYCUT MARKETING AND SALES PRACTICES LITIGATION | Case No.: 3:09-MD-02087-BTM(KSC) |
| ANDREW DREMAK, on Behalf of Himself, All Others Similarly Situated and the General Public,<br><br>Plaintiff,<br><br>vs.<br><br>IOVATE HEALTH SCIENCES GROUP, INC., *et al.*,<br><br>Defendants. | Case No.: 3:09-CV-01088-BTM(KSC)<br><br>**NOTICE OF INTENT TO CALL DAVID W. REID TO APPEAR AND PROVIDE TESTIMONY AT EVIDENTIARY HEARING**<br><br>Date:    May 29,2013<br>Time:    11:00 a.m.<br>Dept.:    15B, 15th Floor - Annex<br>Judge:    Hon. Barry Ted Moskowitz |

BLOOD HURST & O'REARDON, LLP

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT plaintiff Andrew Dremak, on behalf of himself and all others similarly situated, intends to call David W. Reid of Newport Trial Group, 4100 Newport Place, Suite 800, Newport Beach, CA 92660 (Cal. Bar No. 267382), to appear and provide oral testimony at the evidentiary hearing set for May 29, 2013, at 11:00 a.m.

Dated:  May 14, 2013

BLOOD HURST & O'REARDON, LLP
TIMOTHY G. BLOOD
LESLIE E. HURST
THOMAS J. O'REARDON II

By:      *s/ Timothy G. Blood*
       TIMOTHY G. BLOOD

701 B Street, Suite 1700
San Diego, CA  92101
Telephone: (619) 338-1100
Facsimile: (619) 338-1101
tblood@bholaw.com
lhurst@bholaw.com
toreardon@bholaw.com

BONNETT, FAIRBOURN, FRIEDMAN
  & BALINT, P.C.
ANDREW S. FRIEDMAN
ELAINE A. RYAN
PATRICIA N. SYVERSON (203111)
2325 E. Camelback Road, Suite 300
Phoenix, AZ  85016
Telephone:  (602) 274-1100
Facsimile:  (602) 798-5860
afriedman@bffb.com
eryan@bffb.com
psyverson@bffb.com

*Co-Lead Class Counsel*

BLOOD HURST & O'REARDON, LLP

Case No. 3:09-MD-02087-BTM(KSC)
Case No. 3:09-CV-01088-BTM(KSC)

PLAINTIFF'S OPPOSITION TO MOTION TO QUASH SUBPOENAS

00060196

BLOOD HURST & O'REARDON, LLP

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## CERTIFICATE OF SERVICE

I hereby certify that on May 14, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List.  Additionally, I have caused the foregoing to be sent by U.S. mail to the following person:

Joseph Darrell Palmer
Law Offices of Darrell Palmer PC
603 N. Highway 101, Suite A
Solana Beach, CA 92075

Executed on May 14, 2013.

*s/  Timothy G. Blood*
TIMOTHY G. BLOOD

BLOOD HURST & O'REARDON, LLP
701 B Street, Suite 1700
San Diego, CA  92101
Telephone:  619/338-1100
619/338-1101 (fax)
tblood@bholaw.com

2

Case No. 3:09-MD-02087-BTM(KSC)
Case No. 3:09-CV-01088-BTM(KSC)

PLAINTIFF'S OPPOSITION TO MOTION TO QUASH SUBPOENAS

00060196