1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| IN RE HYDROXYCUT MARKETING AND SALES PRACTICES LITIGATION | Case No. 3:09-md-02087-BTM-KSC |
|---|---|
| ANDREW DREMAK, on Behalf of Himself, All Others Similarly Situated and the General Public,<br><br>Plaintiff,<br><br>v.<br><br>IOVATE HEALTH SCIENCES GROUP, INC., *et al.*,<br><br>Defendants. | Case No. 3:09-cv-01088-BTM-KSC<br><br>**ORDER APPROVING SUPPLEMENTAL CLASS NOTICE**<br><br>Dept.: 15B (15th Floor – Annex)<br>Judge: Hon. Barry T. Moskowitz |

WHEREAS, Plaintiff Andrew Dremak in this action entitled *Dremak v. Iovate Health Sciences Group, Inc., et al.*, No. 3:09cv1088 and Defendants Iovate Health Sciences Inc., Iovate Health Sciences U.S.A., Inc., and Kerr Investment Holding Corp. have entered into an Amended Stipulation of Settlement ("Amended Stipulation"), filed August 1, 2013, after substantial discovery and lengthy arms-length settlement discussions;

AND, WHEREAS, the Court has received and considered the Amended Stipulation, including the accompanying exhibits, and the record in this Action;

AND, WHEREAS, the Parties have requested that the Court approve their proposal for supplemental class notice as set forth in the Amended Stipulation;

AND, WHEREAS, the Court has reviewed the Parties' application and their Supplemental Brief in Support of Joint Request for Approval of Supplemental Class Notice and Motion for Final Approval of Class Action Settlement, and has found good cause for same.

NOW, THEREFORE, IT IS HEREBY ORDERED:

**The Court Approves the Form and Method of Supplemental Class Notice**

1. The Court approves, as to form and content, the proposed Supplemental Long-form Notice (the "Supplemental Class Notice"), Exhibit 8 to the Amended Stipulation of Settlement, except that the address of the Court on page 7 shall be amended to "U.S. Courthouse Annex, 333 West Broadway, Courtroom 15B, San Diego, California, 92101."

2. The Court finds that the distribution of Supplemental Class Notice substantially in the manner and form set forth in this Order and the Amended Stipulation meet the requirements of Federal Rules of Civil Procedure, Rule 23 and due process, is the best notice practicable under the circumstances, and shall constitute due and sufficient notice to all Persons entitled thereto.

3. The Court previously approved the designation of Epiq Systems and Boston Financial Data Services to serve as the Court-appointed Settlement Administrator for the

settlement. The Settlement Administrator shall disseminate the Supplemental Class Notice and supervise and carry out the notice procedure, the processing of claims, and other administrative functions, and shall respond to Settlement Class Member inquiries, as set forth in the Amended Stipulation and this Order under the direction and supervision of the Court.

4. The Court directs the Settlement Administrator to make copies of the following documents available on the previously-established Settlement Website: this Order, the Supplemental Class Notice, Claim Forms that may be downloaded and submitted online or by mail, the Amended Stipulation and all exhibits thereto, and such other information as may be of assistance to Settlement Class Members or required under the Amended Stipulation.

5. The Settlement Administrator is ordered to substantially complete dissemination of the Supplemental Class Notice no later than 10 days after the date of this Order, or as soon thereafter as reasonably practicable.

6. The costs of the Supplemental Class Notice, processing of claims, maintaining the Settlement Website, and all other Claims Administrator and Supplemental Class Notice expenses shall be paid out of the Settlement Fund in accordance with the applicable provisions of the Amended Stipulation of Settlement.

**Procedure for Personal Injury Class Members to Participate In the Settlement**

7. Class Members who are also Personal Injury Claimants, as that term is defined in the Amended Stipulation of Settlement, who wish to claim a settlement award must submit their Claim Form and supporting documentation no later than fifteen (15) days after the date first set for the Final Approval Hearing (*i.e.*, the date set forth below). Such deadline may be further extended without notice to the Settlement Class by Court order, by agreement between the Parties, or as set forth in the Amended Stipulation of Settlement.

**Procedure for Requesting Exclusion from the Class**

8. Any Person falling within the definition of the Class who is also a Personal Injury Claimant may, upon his or her request, be excluded from the Class. Any such Person must submit a request for exclusion to the Settlement Administrator postmarked or delivered no later than fourteen (14) days before the date first set for the Final Approval Hearing (the "Opt-Out Date"). Requests for exclusion purportedly filed on behalf of groups of persons are prohibited and will be deemed to be void.

9. Any Settlement Class Member who is also a Personal Injury Claimant and does not send a signed request for exclusion postmarked or delivered on or before the Opt-Out Date will be deemed to be a Settlement Class Member for all purposes and will be bound by all further orders of the Court in this Action and by the terms of the settlement, if finally approved by the Court. The written request for exclusion must request exclusion from the Class, must be signed by the potential Settlement Class Member and include a statement indicating that the Person desires to be excluded from the Settlement Class. All Persons who submit valid and timely requests for exclusion in the manner set forth in the Stipulation shall have no rights under the Amended Stipulation and shall not be bound by the Amended Stipulation or the Final Judgment and Order.

10. A list reflecting all requests for exclusions shall be filed with the Court by Defendant at or before the Final Approval Hearing.

**Procedure for Objecting To the Settlement**

11. Any Settlement Class Member who desires to object to the proposed settlement, including the requested attorneys' fees and expenses or service awards to the Consolidated Complaint Plaintiffs must timely file with the Clerk of this Court a notice of the objection(s), together with all papers that the Settlement Class Member desires to submit to the Court no later than fourteen (14) days prior to the date first set for the Final Approval Hearing (the "Objection Date"). The objection must also be served on Class Counsel and Defendant's counsel no later than the Objection Date. The Court will consider such objection(s) and papers only if such papers are received on or before the

Objection Date provided in the Supplemental Class Notice, by the Clerk of the Court and by Class Counsel and Defendant's counsel. In addition to the filing with this Court, such papers must be sent to each of the following persons:

> Timothy G. Blood
> Blood Hurst & O'Reardon, LLP
> 701 B Street, Suite 1700
> San Diego, CA 92101
> Telephone: 619/338-1100
>
> Arturo J. Gonzalez
> Morrison & Foerster LLP
> 425 Market Street
> San Francisco, CA 94105
> Telephone: 414/268-7000

12. The written objection must include: (a) a heading which refers to the Action; (b) the objector's name, address, telephone number and, if represented by counsel, of his/her counsel; (c) a statement that the objector purchased Hydroxycut Products during the class period; (d) a statement whether the objector intends to appear at the Final Approval Hearing, either in person or through counsel; (e) a statement of the objection and the grounds supporting the objection; (f) copies of any papers, briefs, or other documents upon which the objection is based; and (g) the objector's signature.

13. Any Settlement Class Member who files and serves a written objection, as described in the preceding Section, may appear at the Final Approval Hearing, either in person or through counsel hired at the Settlement Class Member's expense, to object to any aspect of the fairness, reasonableness, or adequacy of the settlement, including attorneys' fees. Settlement Class Members or their attorneys who intend to make an appearance at the Final Hearing must serve a notice of intention to appear on the Class Counsel identified in the Class Notice and/or the Supplemental Class Notice and to Defendant's counsel, and file the notice of appearance with the Court, no later than fourteen (14) days before the date first set for the Final Approval Hearing.

14. Any Settlement Class Member who fails to comply with the provisions of the preceding paragraph shall waive and forfeit any and all rights he or she may have to

appear separately and/or to object, and shall be bound by all the terms of the settlement and by all proceedings, orders and judgments, including, but not limited to, the Release, in the Action.

15. Counsel for the Parties is hereby authorized to utilize all reasonable procedures in connection with the administration of the settlement which are not materially inconsistent with either this Order or the terms of the Amended Stipulation of Settlement.

**Procedure for Opt-Outs to Participate In the Settlement**

16. Class Members who previously requested to be excluded from the Class who now wish to claim a settlement award must submit their Claim Form and supporting documentation no later than fifteen (15) days after the date first set for the Final Approval Hearing. Such deadline may be further extended without notice to the Settlement Class by Court order, by agreement between the Parties, or as set forth in the Amended Stipulation of Settlement.

**Final Approval Hearing**

17. Having considered the Parties' request that the Court set a Final Approval Hearing on a date that is approximately sixty (60) days from the date of this order, it is hereby **ORDERED** that the Final Approval Hearing shall be held **on October 22, 2013 at 10:00 a.m.**

18. The Parties shall file any supplemental briefing relating to the Final Class Action Settlement Approval no later than seven (7) days before the date of the Final Approval Hearing set forth above.

**IT IS SO ORDERED.**

DATED: August 8, 2013        _____
                             THE HONORABLE BARRY TED MOSKOWITZ
                             UNITED STATES DISTRICT COURT JUDGE