# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE HYDROXYCUT MARKETING AND SALES PRACTICES LITIGATION | Case No.: 3:09-MD-02087-BTM(KSC) |
| ANDREW DREMAK, on Behalf of Himself, All Others Similarly Situated and the General Public,<br><br>Plaintiff,<br><br>vs.<br><br>IOVATE HEALTH SCIENCES GROUP, INC., *et al.*,<br><br>Defendants. | Case No.: 3:09-CV-01088-BTM(KSC)<br><br>ORDER GRANTING JOINT MOTION TO EXCEED PAGE LIMITATION FOR PLAINTIFF'S FURTHER RESPONSE IN SUPPORT OF FINAL APPROVAL OF CLASS ACTION SETTLEMENT<br><br>Dept.: 15B, 15th Floor - Annex<br>Judge: Hon. Barry Ted Moskowitz |

Having considered the parties' Joint Motion to Exceed Page Limitation for Plaintiff's Further Response in Support of Final Approval of Class Action Settlement, and for good cause appearing, the Court hereby GRANTS the Motion as follows:

///

Plaintiff is granted leave to file and serve a Further Response in Support of Final Approval of up to 22 pages in length.

**IT IS SO ORDERED.**

Dated: October 16, 2013

_____
HONORABLE BARRY TED MOSKOWITZ
UNITED STATES DISTRICT JUDGE