BLOOD HURST & O'REARDON, LLP
TIMOTHY G. BLOOD (149343)
LESLIE E. HURST (178432)
THOMAS J. O'REARDON II (247952)
701 B Street, Suite 1700
San Diego, CA 92101
Tel: 619/338-1100
619/338-1101 (fax)
tblood@bholaw.com
lhurst@bholaw.com
toreardon@bholaw.com

BONNETT, FAIRBOURN, FRIEDMAN
  & BALINT, P.C.
ANDREW S. FRIEDMAN (AZ 005425)
ELAINE A. RYAN (AZ 012870)
PATRICIA N. SYVERSON
  (CA 203111; AZ 020191)
2325 E. Camelback Road, Suite 300
Phoenix, AZ 85016
Tel: 602/274-1100
602/798-5860 (fax)
afriedman@bffb.com
eryan@bffb.com
psyverson@bffb.com

Co-Lead Class Counsel

[Additional Counsel Appear On Signature Page]

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE HYDROXYCUT MARKETING AND SALES PRACTICES LITIGATION | Case No.: 3:09-MD-02087-BTM(KSC) |
| ANDREW DREMAK, on Behalf of Himself, All Others Similarly Situated and the General Public,<br><br>Plaintiff,<br><br>vs.<br><br>IOVATE HEALTH SCIENCES GROUP, INC., *et al.*,<br><br>Defendants. | Case No.: 3:09-CV-01088-BTM(KSC)<br><br>**PLAINTIFF'S NOTICE OF NEWLY OBTAINED EVIDENCE IN SUPPORT OF FINAL APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Date: October 22, 2013<br>Time: 10:00 a.m.<br>Dept.: 15<br>Judge: Hon. Barry T. Moskowitz |

Case No. 3:09-MD-02087-BTM(KSC)
Case No. 3:09-CV-01088-BTM(KSC)
PLTF'S NOTICE OF NEWLY OBTAINED EVIDENCE ISO FINAL APPROVAL

00065851

1    Plaintiff Andrew Dremak respectfully requests that the Court take notice
2 of the following newly obtained evidence, which is submitted in further support
3 of the pending motion for final approval of class action settlement. *See* Dkts.
4 1637 (Plaintiff's motion for final approval), 1694 (Plaintiff's further response in
5 support of motion for final approval). Class Counsel obtained the evidence
6 today. *See* Declaration of Thomas J. O'Reardon II. It is further evidence of a
7 consistent course of conduct in violation of legal and ethics rules, and the
8 underlying motives and intent of Darrell Palmer, Chris Bandas, Sasha McBean,
9 Tim Blanchard, Fatima Dorego, and Kendrick Jan.

10   On August 14, 2012, eight days after the applicable deadline, an objection,
11 styled "*pro se*" was filed by Sherry Shahin to the class action settlement in
12 *Esslinger v. HSBC Bank Nevada, N.A.*, Case No. 10-3213 (E.D. Pa.). *See*
13 O'Reardon Decl., Ex. A at 4-5. The court granted final approval and a notice of
14 appeal was purportedly filed and signed by Ms. Shahin as a *pro se* litigant. *Id.* at
15 5. Plaintiffs' counsel in *Esslinger* called Ms. Shahin who stated she had "no
16 intention of filing an appeal," did not file an appeal, did not authorize anyone to
17 file the notice of appeal, had no recollection of signing the notice of appeal, and
18 believed an attorney filed the appeal without her knowledge or consent. *Id.* at 5-
19 6. Although Ms. Shahin agreed to withdraw the appeal, she never did. *Id.*
20 Instead, Darrell Palmer filed an appearance on behalf of Ms. Shahin.

21   Plaintiffs filed a motion to dismiss the appeal for lack of standing and
22 motion for sanctions against Mr. Palmer. *Id.* Attached to the opposition filed by
23 Mr. Palmer, which did not deny Plaintiffs' allegations of wrongdoing and
24 repeated the untrue argument that Ms. Shahin was acting *pro se*, was a
25 declaration from Mr. Palmer's office manager purporting to explain away the
26 late-filing of the Shahin objection, but also exposing that Ms. Shahin was never
27 acting in a "*pro se*" capacity. *See* O'Reardon Decl., Ex. C. After Plaintiffs'
28 reply was filed, and the Third Circuit stayed briefing of the substantive appeal

BLOOD HURST & O'REARDON, LLP

pending disposition of Plaintiffs' motion to dismiss and motion for sanctions, Mr. Palmer filed a motion to withdraw the appeal. Accordingly, the Third Circuit denied Plaintiffs' motion to dismiss and motion for sanctions as moot, but stated:

> The Clerk of the Court is further ordered to forward a copy of the Appellees' motion for sanctions and this order to the Attorney Discipline System of The State Bar of California for review.

See O'Reardon Decl., Ex. D at 2.

The events in *Esslinger* evidence a pattern and practice of the very improper conduct occurring here – ghostwriting, forgeries or submissions without the client's knowledge or approval, disregard of filing deadlines and abuse of process. We believe the State Bars of California and Texas should be made aware of the conduct occurring here, and would aid the State Bar of California in its investigation of Mr. Palmer. The *Esslinger* events also evidence the improper motives and intent of the objectors before this Court.

Respectfully submitted,

Dated: October 17, 2013

BLOOD HURST & O'REARDON, LLP
TIMOTHY G. BLOOD
LESLIE E. HURST
THOMAS J. O'REARDON II

By: *s/ Timothy G. Blood*
TIMOTHY G. BLOOD

701 B Street, Suite 1700
San Diego, CA 92101
Tel: 619/338-1100
619/338-1101 (fax)
tblood@bholaw.com
lhurst@bholaw.com
toreardon@bholaw.com

BONNETT, FAIRBOURN, FRIEDMAN
 & BALINT, P.C.
ANDREW S. FRIEDMAN (AZ 005425)
ELAINE A. RYAN (AZ 012870)

PATRICIA N. SYVERSON
 (CA 203111; AZ 020191)
2325 E. Camelback Road, Suite 300
Phoenix, AZ  85016
Tel:  602/274-1100
602/798-5860  (fax)
afriedman@bffb.com
eryan@bffb.com
psyverson@bffb.com

*Co-Lead Class Counsel*

3

Case No. 3:09-MD-02087-BTM(KSC)
Case No. 3:09-CV-01088-BTM(KSC)
PLTF'S FURTHER RESPONSE ISO FINAL APPROVAL OF CLASS ACTION

00065851

**CERTIFICATE OF SERVICE**

I hereby certify that on October 17, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the Electronic Mail Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on October 17, 2013.

                    *s/ Timothy G. Blood*
                    TIMOTHY G. BLOOD

BLOOD HURST & O'REARDON, LLP
701 B Street, Suite 1700
San Diego, CA 92101
Telephone: 619/338-1100
619/338-1101 (fax)
tblood@bholaw.com

BLOOD HURST & O'REARDON, LLP

00065851

4

Case No. 3:09-MD-02087-BTM(KSC)
Case No. 3:09-CV-01088-BTM(KSC)
PLTF'S FURTHER RESPONSE ISO FINAL APPROVAL OF CLASS ACTION