1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE HYDROXYCUT MARKETING AND SALES PRACTICES LITIGATION | Case No.: 3:09-MD-02087-BTM(KSC) |
| ANDREW DREMAK, on Behalf of Himself, All Others Similarly Situated and the General Public,<br><br>Plaintiff,<br><br>vs.<br><br>IOVATE HEALTH SCIENCES GROUP, INC., *et al.*,<br><br>Defendants. | Case No.: 3:09-CV-01088-BTM(KSC)<br><br>ORDER GRANTING JOINT MOTION TO FILE OVERLENGTH MEMORANDUM IN SUPPORT OF MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT<br><br>Dept.: 15<br>Judge: Honorable Barry T. Moskowitz |
| This Document Relates to All Actions. | |

1  This cause has come before the Court upon the Joint Motion to File Overlength Memorandum in Support of Motion for Preliminary Approval of Class Action Settlement.  The Court, having reviewed the submissions, ORDERS, ADJUDGES and DECREES that the joint motion is GRANTED, and the overlength memorandum shall be deemed properly filed.

IT IS SO ORDERED.

DATED:  April 22, 2014    _/s/ Barry Ted Moskowitz_

THE HON. BARRY TED MOSKOWITZ
UNITED STATES DISTRICT JUDGE